**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. _____ |
| v. | ) ) | February 25, 2021 |
| YALE UNIVERSITY, | ) ) ) | |
| Defendant, | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Students for Fair Admissions, Inc. states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: February 25, 2021

/s/   J. Michael Connolly

William S. Consovoy*
J. Michael Connolly (CT29695)
Cameron T. Norris*
Steven C. Begakis*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy

*Counsel for Students for Fair Admissions, Inc.*

* *Pro hac vice* motion forthcoming