UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | : | CIVIL NO. 3:21-cv-00241-KAD |
| Plaintiff, | : : : | |
| v. | : : | |
| YALE UNIVERSITY, | : : | APRIL 21, 2021 |
| Defendant. | : | |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, YALE UNIVERSITY, in the above-entitled action.

                                        DEFENDANT,
                                        YALE UNIVERSITY

                                        By: /s/ *Erick M. Sandler*_____
                                               Erick M. Sandler (ct25029)
                                               Day Pitney LLP
                                               242 Trumbull Street
                                               Hartford, Connecticut 06103-1212
                                               (860) 275-0100
                                               (860) 275-0343 (fax)
                                               emsandler@daypitney.com

-2-

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      By: _/s/ *Erick M. Sandler*
      Erick M. Sandler (ct25029)