## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | |
| Plaintiffs, | Civil Action No. 3:21-CV-00241-KAD |
| v. | |
| YALE UNIVERSITY, | April 22, 2021 |
| Defendant. | |

## DECLARATION OF PETER S. SPIVACK
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter S. Spivack, hereby declare under penalty of perjury as follows:

1.      I am a partner of the law firm of Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, D.C. 20004, Telephone (202) 637-5631, Facsimile (202) 637-5910.  My email address is peter.spivack@hoganlovells.com.

2.      I am submitting this declaration in support of the motion of Christopher Droney seeking my admission to the bar of the Court *pro hac vice* to represent Defendant Yale University pursuant to Local Rule 83.1(d).

3.      I am duly authorized to practice law and am a member in good standing of the bars of the State of California (136909) and the District of Columbia (451731), and have been admitted to practice in the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the District of Columbia (453731), the U.S. District Court for the District of Minnesota (453731DC), the U.S. Court of

Appeals for the Ninth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. Court of Appeals for the Eighth Circuit (04-0545), and the U.S. Court of International Trade. I am a member in good standing of each of these bars and have included bar numbers where assigned by the respective Court. I was previously admitted to the U.S. District Court for the District of Colorado but was administratively removed in 2003 when I did not seek renewal.  I was a member in good standing at the time I was removed.  These are the only bars to which I have ever been admitted.

4.      I have no pending disciplinary complaints against me.

5.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      Christopher Droney, my sponsoring attorney, is hereby designated as my agent for any service of process for any dispute that arises out of my admission to this Court.  Likewise, the District of Connecticut is hereby designated as the forum for the resolution of any dispute that arises out of my admission to this Court.

8.      I respectfully request that my admission *pro hac vice* be granted in this matter.

I, Peter S. Spivack, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on April 22, 2021 at Washington, D.C..

_____

Peter S. Spivack