# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YALE UNIVERSITY, <br><br> Defendant. | Civil Action No. 3:21-CV-00241-KAD <br><br><br> April 29, 2021 |

## DECLARATION OF SUNDEEP IYER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Sundeep Iyer, hereby declare under penalty of perjury as follows:

1.  I am a senior associate at the law firm of Hogan Lovells US LLP, 390 Madison Avenue, New York, N.Y. 10017, Telephone (212) 918-3000, Facsimile (212) 918-3100. My email address is sundeep.iyer@hoganlovells.com.

2.  I am submitting this declaration in support of the motion of Christopher Droney seeking my admission to the bar of the Court *pro hac vice* to represent Defendant Yale University pursuant to Local Rule 83.1(d).

3.  I am duly authorized to practice law and am a member in good standing of the bars of the State of Maryland (1701050014), the District of Columbia (1562696), and the State of New York (5830559). I have been admitted to practice in the U.S. District Court for the District of Columbia (1562696), the U.S. District Court for the District of Maryland (21607), the U.S. Court of Appeals for the D.C. Circuit, the U.S. Court of Appeals for the Sixth Circuit, and the U.S. Court

of Appeals for the Ninth Circuit. I am a member in good standing of each of these bars and have included bar numbers where assigned by the respective Court. These are the only bars to which I have ever been admitted.

4. I have no pending disciplinary complaints against me.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Christopher Droney, my sponsoring attorney, is hereby designated as my agent for any service of process for any dispute that arises out of my admission to this Court. Likewise, the District of Connecticut is hereby designated as the forum for the resolution of any dispute that arises out of my admission to this Court.

8.      I respectfully request that my admission *pro hac vice* be granted in this matter.

I, Sundeep Iyer, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on April 29, 2021 at New York, N.Y.

_____
Sundeep Iyer