UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>        Defendants. | Civil Action No. 3:21-cv-00241-KAD<br><br><br>May 4, 2021 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, YALE UNIVERSITY, in the above-entitled action.

               DEFENDANT,
               YALE UNIVERSITY


            By: */s/  Peter Spivack*
               Peter Spivack (phv10936)
               Hogan Lovells US LLP
               555 Thirteenth Street, N.W.
               Washington, DC 20004
               (202) 637-5600
               (202) 637-5910 (fax)
               Peter.Spivack@hoganlovells.com

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of May, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Peter Spivack*
Peter Spivack