# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | |
| Plaintiff, | Civil Action No. 3:21-CV-00241-KAD |
| v. | |
| YALE UNIVERSITY, | |
| Defendant. | MAY 5, 2021 |

### <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of the undersigned on behalf of the Defendant, YALE UNIVERSITY, in the above-entitled action.

DEFENDANT,
YALE UNIVERSITY


By: */s/ Sundeep Iyer*
      Sundeep Iyer (phv10960)
      Hogan Lovells US LLP
      390 Madison Avenue
      New York, N.Y. 10017
      (212) 918-3000
      (212) 918-3100 (fax)
      sundeep.iyer@hoganlovells.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

By: <u>*/s/ Sundeep Iyer*</u>
Sundeep Iyer