IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY, <br><br> Defendant. | Civil Action No. 3:21-cv-00241-KAD <br><br> May 7, 2021 |

## MOTION TO STAY PROCEEDINGS

For the reasons set forth in the accompanying memorandum of law submitted in accordance with D. Conn. Local R. Civ. P. 7(a), Defendant Yale University ("Yale") respectfully moves this Court to stay all proceedings in this case pending the Supreme Court's decision on Plaintiff Students for Fair Admissions, Inc.'s ("SFFA's") petition for certiorari in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.) ("*Harvard*"). If the petition for certiorari in *Harvard* is denied, Yale requests that the Court grant Defendant 30 days from the date on which the petition for certiorari is denied to respond to Plaintiff's Complaint and to confer with Plaintiff pursuant to Federal Rule of Civil Procedure 26(f). If the petition for certiorari in *Harvard* is granted, Yale requests that the Court stay this case until the Supreme Court issues its decision in *Harvard*. A proposed order is attached hereto.

Counsel for Yale reached out to counsel for SFFA regarding its position on this motion. Counsel for SFFA indicated that SFFA declines to state a position on the motion at this time.

**ORAL ARGUMENT NOT REQUESTED**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Neal Kumar Katyal |
| Christopher F. Droney (ct00020) | Neal Kumar Katyal (phv10947) |
| Erick M. Sandler (ct25029) | Peter S. Spivack (phv10936) |
| Sara J. van Vliet (ct30690) | Toccara Nelson (phv20026) |
| DAY PITNEY LLP | HOGAN LOVELLS US LLP |
| 242 Trumbull Street | 555 Thirteenth Street, N.W. |
| Hartford, CT  06103 | Washington, DC 20004 |
| Telephone: (860) 275-0100 | Telephone: (202) 637-5600 |
| Fax: (860) 967-0793 | Fax: (202) 637-5910 |
| cdroney@daypitney.com | neal.katyal@hoganlovells.com |
| emsandler@daypitney.com | peter.spivack@hoganlovells.com |
| svanvliet@daypitney.com | toccara.nelson@hoganlovells.com |
|  |  |
|  | Sundeep Iyer (phv10960) |
|  | HOGAN LOVELLS US LLP |
|  | 390 Madison Avenue |
|  | New York, NY 10017 |
|  | Telephone: (212) 918-3000 |
|  | Fax: (212) 918-3100 |
|  | sundeep.iyer@hoganlovells.com |

*Counsel for Defendant Yale University*

## CERTIFICATE OF SERVICE

      This is to certify that on this 7th day of May, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

Date: May 7, 2021                        /s/ Neal Kumar Katyal
                                          Neal Kumar Katyal