IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY, <br><br> Defendants. | Civil Action No. 3:21-cv-00241-KAD |

**[PROPOSED] ORDER STAYING PROCEEDINGS**

Upon consideration of the Motion to Stay Proceedings filed by Defendant Yale University, it is ORDERED that the Motion is granted. It is FURTHER ORDERED that this case is STAYED pending the Supreme Court's resolution of the petition for certiorari in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.). If the Supreme Court denies that petition, the stay shall be lifted and the Defendant may file a response to Plaintiff's Complaint within 30 days from the date of that denial. If the Supreme Court grants review, this case will remain stayed under after the Supreme Court issues its decision in that case.

**SO ORDERED.**

Dated: _____, 2021

_____
Honorable Kari A. Dooley
U.S. District Court Judge