## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | : | CIVIL NO. 3:21-CV-00241-OAW |
| Plaintiff, | : | |
| v. | : | |
| YALE UNIVERSITY, | : | |
| Defendant. | : | JANUARY 31, 2022 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) of the United States District Court of the District of Connecticut, the undersigned counsel for Defendant, Yale University, hereby moves to withdraw her Appearance.  (Doc. 10.)  In support of this motion, the undersigned represents that Yale University is currently represented by Attorneys Christopher F. Droney and Erick M. Sandler (Day Pitney LLP) and Attorneys Neal Kumar Katyal, Peter Spivack, Sundeep Iyer and Toccara Nelson (*pro hac vice* Hogan Lovells US LLP).

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal of the appearance of the undersigned as counsel for Yale University.

DEFENDANT,
YALE UNIVERSITY

By:   /s/ *Sara J. van Vliet*
      Sara J. van Vliet (ct30690)
      Day Pitney LLP
      242 Trumbull Street
      Hartford, Connecticut 06103-1212
      (860) 275-0100
      (860) 275-0343 (fax)
      svanvliet@daypitney.com

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2022 a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.


                        By: /s/ *Sara J. van Vliet*
                        Sara J. van Vliet (ct30690)