**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>Defendant. | Civil Action No. 3:21-cv-00241-KAD |

**NOTICE**

On May 13, 2021, this Court granted Defendant Yale University's unopposed motion to stay this case. *See* Dkt No. 28. The Court ordered that "[a]ll proceedings in this case are stayed pending the Supreme Court's resolution of the petition for certiorari in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.)." *Id*. This Court further ordered that "[i]f the Supreme Court grants review, this case will remain stayed until after the Supreme Court issues its decision in that case." *Id*.

Defendant writes to notify the Court that the Supreme Court has now granted the petition for certiorari in the *Harvard* litigation. *See Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.) (Jan. 24, 2022). Defendant will notify this Court when the Supreme Court issues its decision in the *Harvard* case.

Respectfully Submitted,

/s/ Neal Kumar Katyal
Neal Kumar Katyal (phv10947*)*
Peter S. Spivack (phv10936*)*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
neal.katyal@hoganlovells.com
peter.spivack@hoganlovells.com

Sundeep Iyer (phv10960*)*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
sundeep.iyer@hoganlovells.com

Christopher F. Droney (ct00020)
Erick M. Sandler (ct25029)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT  06103
Telephone: (860) 275-0100
Fax: (860) 967-0793
cdroney@daypitney.com
emsandler@daypitney.com

*Counsel for Defendant Yale University*

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of February, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

/s/ Neal Kumar Katyal
Neal Kumar Katyal
