**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY, <br><br> Defendant. | Civil Action No. 3:21-cv-00241-KAD |

**NOTICE**

On Defendant's unopposed motion, *see* Dkt. No. 25, this Court previously ordered that "this case will remain stayed until after the Supreme Court issues its decision" in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.). Dkt. No. 28. Defendant writes to notify the Court that, on June 29, 2023, the Supreme Court issued its decision in the *Harvard* case.

Respectfully submitted,

/s/ Neal Kumar Katyal

| | |
|---|---|
| Christopher F. Droney (ct00020) | Neal Kumar Katyal (phv10947) |
| Erick M. Sandler (ct25029) | Peter S. Spivack (phv10936) |
| DAY PITNEY LLP | HOGAN LOVELLS US LLP |
| 242 Trumbull Street | 555 Thirteenth Street, N.W. |
| Hartford, CT  06103 | Washington, DC 20004 |
| Telephone: (860) 275-0100 | Telephone: (202) 637-5600 |
| Fax: (860) 967-0793 | Fax: (202) 637-5910 |
| cdroney@daypitney.com | neal.katyal@hoganlovells.com |
| emsandler@daypitney.com | peter.spivack@hoganlovells.com |

*Counsel for Defendant Yale University*

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of July, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

Date: July 6, 2023                        /s/ Neal Kumar Katyal
                                          Neal Kumar Katyal