IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>Defendant. | Civil Action No. 3:21-cv-00241-OAW |

UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND AND TO CONFER

Defendant Yale University ("Yale") respectfully moves this Court under Fed. R. Civ. P. 6(b)(1)(A) and D. Conn. Local R. Civ. P. 7(b) for a 39-day extension of time to respond to Plaintiff Students for Fair Admissions, Inc.'s ("SFFA") Complaint and a 46-day extension of the deadline to confer pursuant to Fed. R. Civ. P. 26(f). Yale requests this extension as necessary to afford Yale time to take appropriate steps to implement the Supreme Court's decision in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.).

1. On June 29, 2023, the Supreme Court issued its decision in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.). Yale notified the Court of the decision on July 6, 2023. (Dkt. 33.) The Court lifted the stay in this case by Order dated July 7, 2023. (Dkt. 34.)

2. Yale's Answer or Motion to Dismiss is currently due on July 31, 2023. The parties must confer pursuant to Fed. R. Civ. P. 26(f) by July 31, 2023 and file a report by August 14, 2023. (Dkt. 34.)

3. There is good cause for these requested extensions. Yale is currently reviewing its admission process in order to implement changes to be consistent with the Supreme Court's

decision. Yale has agreed to provide information about those changes to SFFA by the end of this extension to enable SFFA to decide what future action is required in this case. SFFA does not oppose this motion.

4. A 39-day extension would make Yale's Answer or Motion to Dismiss due on September 8, 2023. A 46-day extension would mean the parties would be required to confer pursuant to Rule 26(f) on or before September 15, 2023.

5. This is Yale's second request for an extension of time to respond to the Complaint and to confer pursuant Fed. R. Civ. P. 26(f).

6. This motion is filed two business days prior the July 31st deadlines. This motion was not filed at least three business days prior to those deadlines in accordance with Local Rule 7(b)(3) because the parties were continuing to confer and reached agreement later in the day on July 26, 2023. The additional time was necessary in order to prepare and file an unopposed motion.

WHEREFORE, Yale respectfully requests that the Court grant the motion for a 39-day extension of time to respond to the Complaint and a 46-day extension of time to confer pursuant to Fed. R. Civ. P. 26(f).

Respectfully submitted,

/s/ Neal Kumar Katyal
Neal Kumar Katyal (phv10947)
HOGAN LOVELLS, US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
neal.katyal@hoganlovells.com

Christopher F. Droney (ct00020)
Droney Law LLC
P.O. Box 271707
West Hartford, CT 06127
860-519-4927
cdroney@droneylaw.com

Erick Sandler (ct25029)<br>
DAY PITNEY LLP<br>
242 Trumbull Street<br>
Hartford, CT 06103<br>
Telephone: (860) 275-0100<br>
Fax: (860) 881-2429<br>
emsandler@daypitney.com

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of July, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system

Date: July 27, 2023                          /s/ Neal Kumar Katyal
                                             Neal Kumar Katyal