**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY, <br><br> Defendant. | Civil Action No. 3:21-cv-00241-OAW |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, Students for Fair Admissions, Inc. ("SFFA"), and Defendant, Yale University ("Yale"), hereby stipulate to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii):

1.      SFFA initiated this suit challenging Yale's admissions policies on February 25, 2021. (Dkt. 1.)

2.      Yale moved for a stay of this matter on May 7, 2021, pending the Supreme Court's consideration of *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.). (Dkt. 25.) SFFA did not oppose the stay. (Dkt. 27.) This court granted the stay on May 13, 2021. (Dkt. 28.)

3.      On June 29, 2023, the Supreme Court issued its decision in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 20-1199 (U.S.).

4.      The Court lifted the stay in this case by Order dated July 7, 2023. (Dkt. 34.)

5.      Since the stay lifted, the parties have discussed Yale's response to the Supreme Court's decision. As part of those discussions, Yale has stated (and provided supporting documentation) that:

> a.) it has updated its training materials to make clear that race may not be used as a factor in making admissions decisions;

      b.) it will take technological steps to ensure that no person involved in making admissions decisions has access to check-box racial data from its application services at any time during the admissions review cycle;

      c.) its admissions office will not run any reports during the review cycle that would provide any aggregate data with regard to the racial composition of admitted students;

      d.) race will not be a factor in calculating or awarding financial aid.

6. Based on these statements and the parties' discussions, SFFA and Yale hereby agree to the voluntary dismissal of this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear its own attorney's fees and costs.

Respectfully submitted,

/s/ Neal Kumar Katyal
Neal Kumar Katyal (phv10947)
HOGAN LOVELLS, US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
neal.katyal@hoganlovells.com

Christopher F. Droney (ct00020)
Droney Law LLC
P.O. Box 271707
West Hartford, CT 06127
860-519-4927
cdroney@droneylaw.com

Erick Sandler (ct25029)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-0100
Fax: (860) 967-0793
esandler@daypitney.com

*Counsel for Yale University*

/s/ J. Michael Connolly
J. Michael Connolly (CT29695)
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Students for Fair
Admissions, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of September, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF system

Date: September 7, 2023                    /s/ Neal Kumar Katyal
                                           Neal Kumar Katyal